IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| United States of America, | ) | Crim. No.: 3:15-cr-124-SVH-1 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| Anthony C. Mumford, | ) | |
| | ) | |
| Defendant. | ) | |

**UPON MOTION** of the United States of America by and through its counsel,

**IT IS HEREBY ORDERED AND DECREED** that the Complaint, Criminal Number 3:15-124, filed March 10, 2015 against the Defendant, Anthony C. Mumford, be and the same is hereby dismissed without prejudice.

IT IS SO ORDERED.

March 11, 2015
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge